

# Fourth Court of Appeals
## San Antonio, Texas

September 16, 2014

No. 04-14-00197-CR

The **STATE** of Texas,
Appellant

v.

Robert **ROMO**,
Appellee

From the County Court at Law No. 15, Bexar County, Texas
Trial Court No. 414481
The Honorable Michael La Hood, Judge Presiding

# O R D E R

Appellee's second motion for extension of time to file his brief is GRANTED. Appellee's brief is due on **October 15, 2014. No further extensions will be granted.**

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of September, 2014.

_____
Keith E. Hottle
Clerk of Court